IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| XIOMARA NAVARRO SANKEY, and TIM SANKEY,<br><br>     Plaintiffs,<br><br>  vs.<br><br>LOREN K. MILLER, Nebraska Service Center Director, U.S. Citizenship and Immigration Services; and UR MENDOZA JADDOU, Director, U.S. Citizenship and Immigration Services,<br><br>     Defendants. | 4:23CV3116<br><br>ORDER OF DISMISSAL |

  This matter comes before the Court on the parties' Joint Stipulation of Dismissal (Filing No. 14). The Court, being advised in the premises, finds that such an Order is proper.

  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed without prejudice with each party to bear its own costs and fees, including any possible attorneys' fees or other expenses in this litigation.

  Dated this 17th day of October, 2023.

                BY THE COURT:

                s/ Joseph F. Bataillon
                Senior United States District Judge